

# Court of Appeals
## Sixth Appellate District of Texas

J U D G M E N T

Patricia Milano, Appellant

No. 06-23-00246-CR     v.

The State of Texas, Appellee

Appeal from the 276th District Court of Titus County, Texas (Tr. Ct. No. CR19070). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the bill of costs. Therefore, we strike "TPRF2 Time Payment Reimb Fee $15.00" from the bill of costs and reduce the reimbursement in the bill of costs from $72.00 to $57.00. We affirm the judgment of the trial court.

We note that the appellant, Patricia Milano, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 14, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk